# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2019

## NO. 03-18-00649-CV

**The State Bar of Texas, Appellant**

**v.**

**Robert J. Wilson, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SHANNON
REVERSED AND RENDERED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the interlocutory order signed by the trial court on September 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing appellee's cause of action for want of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.